*Signature of Clerk or Deputy Clerk*

AO 399 (Rev. 1/09) (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Enedeo Rodriguez, Jr
_____

**Plaintiff,**

     v.                         Case Number  3:18−cv−00899−JD−JEM

ATF UC 3749 , et al.
_____

**Defendant.**

## <u>WAIVER OF SERVICE OF SUMMONS</u>

       I, or the entity I represent, agree to waive formal service of a summons.

       I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

       I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 by June 6, 2023. If I fail to do so, a default judgment may be entered against me or the entity I represent.

Date:  04-28-2023
_____

                                        */s/ Nathaniel M. Jordan*
                                         *Signature of the attorney or unrepresented party*

Jeff Stutsman and Randy Mockler          Nathaniel M. Jordan, #23625-20
*Printed name of party waiving service of summons*    *Printed name of the signer*

                                         Yoder, Ainlay, Ulmer & Buckingham, LLP
                                         130 N. Main Street
                                         Goshen, Indiana 46526

                                         *Address*
                                         njordan@yaub.com

                                         *E−mail address*
                                         574-533-1171

                                         *Telephone number*