UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ENEDEO RODRIGUEZ JR., )<br>    Plaintiff )<br>)<br>v. )<br>)<br>KYLE LERCH, et al., )<br>    Defendants ) | Case No. 3:18-CV-00899 |

## APPEARANCE

**To:**   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Jeff Stutsman, and Randy Mockler.

> YODER, AINLAY, ULMER & BUCKINGHAM, LLP
> Attorneys for Defendants, Jeff Stutsman, and Randy Mockler
>
> By: /s/ *Michael F. DeBoni*
> Michael F. DeBoni, #12434-20
> 130 N. Main Street
> Goshen, Indiana 46526
> Telephone: (574) 533-1171
> Facsimile: (574) 534-4174
> Email: mdeboni@yaub.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 6, 2023, the foregoing document was served via first class U.S. mail, postage prepaid, on the following:

Enedeo Rodriguez, Jr.
988510
Indiana State Prison
One Park Row
Michigan City, IN 46360

On the same date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record registered to receive the same.

/s/ *Michael F. DeBoni*
Michael F. DeBoni, #12434-20